# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JEFF HUGHES

VERSUS

CAPITAL CITY PRESS, L.L.C.
D/B/A THE ADVOCATE

NO. 2023 CW 0703

**OCTOBER 17, 2023**

---

In Re:    Capital City Press, L.L.C. D/B/A The Advocate, applying for supervisory writs, 18th Judicial District Court, Parish of Iberville, No. 79,978.

---

**BEFORE:    THERIOT, MILLER, AND GREENE, JJ.**

**WRIT DISMISSED.** This writ application is dismissed, pursuant to relator's correspondence filed on September 29, 2023, advising that the writ application is moot and requesting that it be withdrawn.

**MRT**
**SMM**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.s̄*

---
DEPUTY CLERK OF COURT
FOR THE COURT